# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 24-2928

**Case Name** U.S. NEWS & WORLD REPORT, L.P. V. DAVID CHIU

**Counsel submitting this form** Derek L. Shaffer

**Represented party/parties** U.S. NEWS & WORLD REPORT, L.P.

*Briefly describe the dispute that gave rise to this lawsuit.*

This dispute arises from subpoenas issued to U.S. News by the City Attorney of San Francisco, David Chiu. U.S. News contends that the subpoenas violated its First Amendment rights under the U.S. Constitution by engaging in impermissible viewpoint discrimination. U.S News also alleges that the City Attorney's subpoenas violate California's Reporter Shield law. U.S. News filed a complaint seeking declaratory and injunctive relief and also filed a motion for a preliminary injunction seeking to enjoin the enforcement of the subpoenas. The City Attorney responded by moving to dismiss the claims and by filing an anti-SLAPP motion to strike under California law.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                              *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The district court denied U.S. News' motion for preliminary injunction, granted the City Attorney's motion to dismiss and anti-SLAPP motion, and awarded the City Attorney his attorney's fees and costs. The district court dismissed the case because it found that it lacked Article III jurisdiction on ripeness grounds. U.S. News will argue on appeal that the court did have Article III jurisdiction, that the anti-SLAPP statute does not apply, and that the award of attorney's fees was improper.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The only proceeding remaining below are those related to determining the amount of attorney's fees that the City Attorney is entitled to under the district court's order.

**Signature** /s/ Derek L. Shaffer   **Date** 5/13/2024
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*