# No. 24-2928

IN THE

# United States Court of Appeals

FOR THE NINTH CIRCUIT

U.S. NEWS & WORLD REPORT, L.P.,

*Plaintiff-Appellant,*

v.

DAVID CHIU,
IN HIS OFFICIAL CAPACITY AS CITY ATTORNEY OF
THE CITY AND COUNTY OF SAN FRANCISCO,

*Defendant-Appellee.*

*On Appeal From The United States District Court
For The Northern District of California
Hon. William J. Orrick
Case No. 3:24-cv-00395-WHO*

**JOINT MOTION TO POSTPONE ORAL ARGUMENT – RELIEF
REQUESTED BY FEBRUARY 3, 2025**

David Chiu
Yvonne R. Meré
Sara J. Eisenberg
Alexander Holtzman
Karun A. Tilak
1390 Market Street, 6th Floor
San Francisco, California 94102
(415) 355-3308
Karun.Tilak@sfcityatty.org

*Attorneys for Defendant-Appellee San
Francisco City Attorney David Chiu*

Derek L. Shaffer
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com

*Attorney for Appellant U.S. News
& World Report, L.P.*

# INTRODUCTION

Pursuant to Federal Rules of Appellate Procedure 27 and 34(b) and Circuit Rule 34-2, Plaintiff-Appellant U.S. News & World Report, L.P. ("U.S. News") and Defendant-Appellee David Chiu, the City Attorney for the City and County of San Francisco (the "City Attorney") respectfully submit this joint motion seeking to postpone the oral argument currently scheduled for February 5, 2025. The parties have entered into a binding settlement term sheet to resolve this dispute. A stay of oral argument would further the interests of judicial economy because it would avoid this Court further expending its resources to prepare for an oral argument and subsequently to prepare a decision in an appeal that both parties agree is slated to be resolved through dismissal once the parties enter into a final settlement agreement. Good cause and exceptional circumstances support this Motion because the parties expect that they will be able to reach a final settlement agreement within the next two months.

Pursuant to this Court's Rule 27-3, given the rapidly approaching February 5, 2025 oral argument date, the parties respectfully request that the Court rule on the instant joint motion on or before February 3, 2025.

# BACKGROUND

U.S. News filed its complaint in the Northern District of California in January 2024. In response, the City Attorney filed a motion to dismiss and an anti-SLAPP

motion to strike. On May 7, 2024, the district court granted the motion to dismiss for lack of Article III jurisdiction due to lack of ripeness, and granted the anti-SLAPP motion to strike. U.S. News appealed that decision to this Court on the same day. The parties completed briefing of the appeal on September 4, 2024. Oral argument is currently set for February 5, 2025.

On January 30, 2025, the parties reached an agreement in principle to settle this dispute, executing a binding term sheet reflecting the material terms of a settlement agreement. The parties expect to finalize the settlement agreement within the next 45 days. Assuming it is finalized as expected, the parties will stipulate to a dismissal under Federal Rule of Appellate Procedure 42(b)(1).

## **ARGUMENT**

This Court's Rules contemplate a stay of oral argument in appropriate circumstances. *See* FRAP 34(b); 9th Cir. R. 34-2. Joint movants respectfully submit that a stay is well warranted here, particularly to further the interest of judicial economy. U.S. News and the City Attorney have executed a binding term sheet that, if finalized through a settlement agreement, will lead to the dismissal of the instant appeal. As a result, there is good cause and exceptional circumstances to grant this motion and postpone oral argument in this case. *See* 9th Cir. R. 34-2. This Court should not expend its further resources by conducting oral argument and deliberating towards decision in a case that may soon be resolved by a dismissal agreement under

Federal Rule of Appellate Procedure 42(b)(1). *See, e.g.*, *Schwab Short-Term Bond Mkt. Fund v. Lloyds Banking Grp. PLC*, 22 F.4th 103, 113 & n.3 (2d Cir. 2021) (staying decision as to certain parties pending their ultimately successful attempts to negotiate a settlement, and then dismissing those parties' appeals). Joint movants respectfully suggest that the Court, if it grants this motion, require the filing of a joint status report within 90 days of this Court's order if the dismissal agreement has not already been filed.

Joint movants further respectfully request, pursuant to this Court's Rule 27-3, that, given the time sensitivity of this motion with oral argument currently scheduled for February 5, 2025, this Court issue an order on this motion on or before February 3, 2025.

## **CONCLUSION**

This Court should stay oral argument and require the filing of a dismissal agreement pursuant to Federal Rule of Appellate Procedure 42(b)(1), or, alternatively, a joint status report, within 90 days of this Court's order. Pursuant to this Court's Rule 27-3, the parties respectfully request that the Court issue an order on or before February 3, 2025.

RESPECTFULLY SUBMITTED AND DATED this 31st day of January, 2025.

| | |
|---|---|
|  /s/ Karun A. Tilak<br>David Chiu<br>Yvonne R. Meré<br>Sara J. Eisenberg<br>Alexander Holtzman<br>Karun A. Tilak<br>1390 Market Street, 6th Floor<br>San Francisco, California 94102<br>(415) 355-3308<br><br>*Attorneys for Defendant-Appellee San Francisco City Attorney David Chiu* |  /s/ Derek L. Shaffer<br>Derek L. Shaffer<br>QUINN EMANUEL URQUHART<br>  &amp; SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br><br>*Attorney for Appellant U.S. News & World Report, L.P.* |

4