# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)**  24-2928

**Case Name**  U.S. News & World Report, L.P. v. Chiu

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> The parties jointly request that the Court postpone the oral argument currently scheduled for February 5, 2025.

Relief is needed no later than *(date)*: February 3, 2025

The following will happen if relief is not granted within the requested time:

> This Court would be required to unnecessarily further expend its resources by conducting oral argument and deliberating towards decision in a case that may soon be resolved by a dismissal agreement under Federal Rule of Appellate Procedure 42(b)(1).

I could not have filed this motion earlier because:

> The parties did not reach an agreement in principle to settle this dispute until January 30, 2025.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

I requested this relief in the district court or other lower court: ☐ Yes ☉ No

If not, why not:

> The district court does not have jurisdiction over this Court's oral argument calendar.

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ☉ Yes ☐ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: January 31, 2025

By *(method)*: Email and telephone

Position of other parties: Appellee is joining the motion.

Name and best contact information for each counsel/party notified:

> Karun A. Tilak - Karun.Tilak@sfcityatty.org - (415) 355-3308

I declare under penalty of perjury that the foregoing is true.

**Signature** /s/ Derek L. Shaffer     **Date** January 31, 2025

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 16**                                        2                                  Rev. 11/21/2019