UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. NEWS & WORLD REPORT, L.P., | No. 24-2928 |
| Plaintiff - Appellant, | D.C. No. 3:24-cv-00395-WHO Northern District of California, San Francisco |
| v. | |
| DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco, | ORDER |
| Defendant - Appellee. | |

Before: McKEOWN, FORREST, and SANCHEZ, Circuit Judges.

The parties' joint request to stay the appeal for a further fourteen days, Dkt. No. 56, is granted. The parties are directed to file, within fourteen days of this Court's order, either a dismissal agreement pursuant to Federal Rule of Appellate Procedure 42(b)(1), or a joint status report updating the court on the status of settlement discussions and whether oral argument should be rescheduled.

**IT IS SO ORDERED.**