UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| U.S. NEWS & WORLD REPORT, L.P., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco, <br><br> Defendant-Appellee. | 9th Cir. No. 24-2928 <br><br> JOINT STATUS REPORT |

**JOINT STATUS REPORT PURSUANT TO THE COURT'S ORDER OF APRIL 3, 2025**

Pursuant to the Court's April 3, 2025 Order, Plaintiff-Appellant U.S. News & World Report, L.P. ("U.S. News") and Defendant-Appellee San Francisco City Attorney David Chiu ("City Attorney") (collectively, the "Parties") submit this joint status report.

1. This case involves a challenge to two subpoenas issued by the City Attorney to U.S. News. In January 2024, U.S. News filed a lawsuit and moved for a preliminary injunction against the City Attorney alleging that the subpoenas violated U.S. News's rights under the First Amendment and California state law. The City Attorney opposed the motion for preliminary injunction and filed a motion to dismiss and a motion to strike under California's anti-SLAPP statute.

1

2. On May 7, 2024, the district court granted the City Attorney's motion to dismiss, finding that U.S. News's claims were not constitutionally or prudentially ripe. The district court also granted the City Attorney's anti-SLAPP motion to strike U.S. News's state-law causes of action and granted attorney's fees to the City Attorney. The district court denied U.S. News's preliminary injunction motion.

3. The same day, U.S. News filed this appeal. Briefing was completed on September 9, 2024, and oral argument was set for February 5, 2025. However, shortly before oral argument, the Parties reached a settlement in principle and executed a binding term sheet to resolve the underlying dispute.

4. As such, on January 31, 2025 the Parties filed a joint motion requesting that oral argument be stayed. The Court granted the motion on the same day and vacated the oral argument. The Court's order stated that, within 60 days of the order, the Parties were required to file either a dismissal agreement pursuant to Federal Rule of Appellate Procedure 42(b)(1), or a joint status report updating the court on the status of settlement discussions and whether oral argument should be rescheduled.

5. Since executing the term sheet, the Parties have engaged further on settlement terms and draft language. On April 1, 2025, the Parties submitted a Status Report explaining that they were nearing a final settlement agreement. In response, the Court granted the Parties' request to stay the appeal for a further 14 days and

ordered the Parties to submit a dismissal agreement or further joint status report by April 17, 2025. The Parties have now reached a final settlement agreement that will result in dismissal of this appeal but require approximately a month to execute the agreement and fulfill various preconditions to dismissal of the appeal.

6. The Parties therefore respectfully request that the appeal in this case be stayed a further 35 days to give the Parties sufficient time to execute the settlement agreement, complete agreed prerequisites to dismissal, and file a dismissal stipulation. On or before May 22, 2025, the Parties will submit a dismissal agreement pursuant to Federal Rule of Appellate Procedure 42(b)(1) or a further joint status report to the Court.

Dated: April 17, 2025

By: *s/ Alexander Holtzman*
ALEXANDER J. HOLTZMAN

Attorney for Defendant-Appellee
SAN FRANCISCO CITY ATTORNEY
DAVID CHIU

By: *s/ John Potter*
JOHN POTTER

Attorney for Plaintiff-Appellant
U.S. NEWS & WORLD REPORT, L.P.

3