UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| U.S. NEWS & WORLD REPORT, L.P., <br><br> Plaintiff - Appellant, <br><br> v. <br> DAVID CHIU, in his Official Capacity as City Attorney of the City and County of San Francisco, <br><br> Defendant - Appellee. | 9th Cir. No. 24-2928 <br><br> STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: 5/22/2025

/s/ Derek L. Shaffer
Attorney for Appellant

/s/ Alexander J. Holtzman
Attorney for Appellee